| | |
|---|---|
| STATE OF RHODE ISLAND | SUPERIOR COURT |
| PROVIDENCE, S.C. | |

RHODE ISLAND PUBLIC TRANSPORTATION AUTHORITY,

PLAINTIFF,

Vs.

MICKEDA S. BARNES

DEFENDANT,

CIVIL ACTION: PC-2020-06065

FILED 2022 MAY 31 A 11: 50 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

## NOTICE OF FILING OF NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §1332 (b)(3), 1369, 1441, 1446(3), Defendant Mickeda S. Barnes ("Defendant") gives notice to Superior Court of Providence County, Rhode Island, and to the Attorney for Plaintiff Rhode Island Public Transportation Authority, that on Tuesday May 31, 2022, Defendant Mickeda S. Barnes Pro-Se filed a Notice of Removal, thereby removing this action to the United States District Court for the District of Rhode Island. A certified copy of the Notice of Removal is attached to this Notice.

Mickeda S. Barnes Pro-Se

34 Dunbar Ave Rumford R.I. 02916

401-419-2250 Mickeda5@gmail.com

Date: May 31, 2022

*Mickeda S Barnes*
*May 31, 2022*